| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq.(SBN)143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br><br>(310) 542-0111<br>(310) 214-7254<br><br>*Attorney for Plaintiff* Johnny Lee Burnett & Grover Burnett, Jr. | ORIGINAL |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: Marcus J. Sampson, II | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:08-bk-25932 |
| Debtor. | ADVERSARY NUMBER 10-2868 PC |
| Johnny Lee Burnett & Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett Sr.<br><br> Plaintiff(s),<br>vs.<br>Please see attached page for a list of the Defendants<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____11/17/2010_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 12/21/2010 **Time:** 9:30 a.m. **Courtroom:** 1539 **Floor:** 15th. |
|---|
| ☒ **255 East Temple Street, Los Angeles**     ☐ **411 West Fourth Street, Santa Ana** |
| ☐ **21041 Burbank Boulevard, Woodland Hills**     ☐ **1415 State Street, Santa Barbara** |
| ☐ **3420 Twelfth Street, Riverside** |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____10/18/2010_____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: *Gabriela Huerta*
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

**F 7004-1**
F70041

# In Re: Marcus J. Sampson II
## Case No. 2:08-bk-25932-PC

### Attachment to Summons and Notice of Status Conference Hearing

List of Defendants:

JOHN P. PRINGLE, the Chapter 7 Trustee of Marcus J. Samposon II;
THOMAS C. SAMPOSON, an individual;
DONNA R.DANIELS, an individual;
P.J. BROWN, an individual;
IDELIA G. RAMOS, an individual;
DAYSI VERA, an individual;
CECILIO RODARTE, an individual;
DATA MORTGAGE INC; U.S. BANCORPas successor to DOWNEY SAVINGS &
LOAN ASSOCIATION FA;
WORLD SAVINGS BANK FSB;
BURNETT REALTY, INC;
AURORA LOAN SERVICES, INC;
HOME LOAN MORTGAGE CORPORATION;
SUPERIOR IMPROVEMENT SYSTEMS, INC;
SOUTHWEST ESCROW CORPORATION;
WELLS FARGO BANK, N.A.;
CITIMORTGAGE, INC.

Summons and Notice of Status Conference - *Page 2*          **F 7004-1**

| In re                                        (SHORT TITLE) | CASE NO.: 2:08-25932 PC |
|---|---|
| Marcus J Sampson and Grover Burnette, Jr.                         Debtor(s). | 2: 10-02868 PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____

_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*                                                              **F 7004-1**



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK

JON D. CERETTO
Executive Officer
Clerk of Court

# PUBLIC NOTICE

## RE:  REVISED INFORMATION REGARDING THE LOS ANGELES COUNTY BAR ASSOCIATION/PUBLIC COUNSEL BANKRUPTCY PRO BONO PROGRAM

The Los Angeles County Bar Association, in conjunction with Public Counsel, has implemented a Bankruptcy Pro Bono Program in the Los Angeles and San Fernando Valley divisions. Currently, this program is available only for defendants in § 523 non-dischargeability adversary proceedings who cannot afford an attorney.  If the defendant cannot afford an attorney, he or she may apply for free legal representation with Public Counsel.  All applicants will first be screened for eligibility.  If found eligible, an attorney may be found who will represent the applicant in the § 523 non-dischargeability adversary proceeding free of charge.

To apply for legal representation under this program or for additional information, please contact Public Counsel.  For contact information, please see the "Notice to Defendants of Availability of Los Angeles County Bar Association/Public Council Bankruptcy Pro Bono Program."  The most current version of this notice can be obtained from our web site at *www.cacb.uscourts.gov*.  To access the notice, double click on the "Pro Bono Program" button on the left-hand side of our web site. Then select the file named **DAP.PDF.  Do not contact the Clerk's Office for information regarding your eligibility for this program.**

Plaintiffs in § 523 non-dischargeability adversary proceedings filed in the Los Angeles and San Fernando Valley divisions will be required to serve a notice of the availability of the above program on the defendants along with the Summons and Notice of Status Conference and to provide proof of such service with the Court.  A sample of the notice of the availability of the program is attached to this Public Notice.

JON D. CERETTO
CLERK OF COURT

99-015

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



L A W   C E N T E R

35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS