1   **SCOTT C. CLARKSON, ESQ.** SBN 143271
    **EVE A. MARSELLA, ESQ.** SBN 165797
2   **CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
    **CLARKSON, GORE & MARSELLA**
3   **A PROFESSIONAL LAW CORPORATION**
    **3424 Carson Street, Suite 350**
4   **Torrance, California 90503**
    **(310) 542-0111 Telephone**
5   **(310) 214-7254 Facsimile**

6   Attorneys for Johnny Lee Burnett and Grover Burnett, Jr.,
    as-Co-Conservators of the Conservatorship of Grover
7   Burnett, Sr.

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11                       **LOS ANGELES DIVISION**

12  | In re: | Case No. 2:08-bk-25932-PC |

13  Marcus J. Sampson II,                    Chapter: 7

14                                           Adversary No. 2:10-ap-02868-PC

15               Debtor.

16  ───────────────────────────   PROOF OF SERVICE RE:
    JOHNNY LEE BURNETT and GROVER
17  BURNETT, JR., as Co-Conservators of the    1)  COMPLAINT FOR (1) QUIETING TITLE
    Conservatorship of Grover Burnett, Sr.,        TO REAL PROPERTIES; (2) FRAUD
18                                                  AND UNDUE INFLUENCE; (3)
                 Plaintiffs,                        VIOLATIONS OF CALIFORNIA ELDER
19         vs.                                      ABUSE AND DEPENDENT ADULT
                                                    CIVIL PROTECTION ACT
20  JOHN P. PRINGLE, the Chapter 7 trustee of
    Marcus J. Sampson II; THOMAS C.
21  SAMPSON, an individual; DONNA R.           2)  ADVERSARY COVER SHEET
    DANIELS, an individual; P.J. BOWMAN, an
22  individual; IDELIA G. RAMOS, an            3)  EXECUTED SUMMONS AND NOTICE
    individual; DAYSI VERA, an individual;         OF STATUS CONFERENCE
23  CECILIO RODARTE, an individual;  DATA
    MORTGAGE INC; U.S. BANCORP as
24  successor to DOWNEY SAVINGS & LOAN         4)  ORDER RE: RULE 26(f) MEETING,
    ASSOCIATION FA; WORLD SAVINGS                  INITIAL DISCLOSURES AND RULE
25  BANK FSB; BURNETT REALTY INC;                  16(b) SCHEDULING CONFERENCE
    AURORA LOAN SERVICES INC; HOME
26  LOAN MORTGAGE CORPORATION;              STATUS CONFEENCE HEARING
    SUPERIOR IMPROVEMENT SYSTEMS,
27  INC.; SOUTHWEST ESCROW                  Date:  Dec. 21, 2010
    CORPORATION; WELLS FARGO BANK,          Time:  9:30 a.m.
28  N.A.; CITIMORTGAGE INC.,                Location: Ctrm 1539 15th floor

    Defendants.                             ──────────────────────────
                                            Proof of Service
                                            1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as **PROOF OF SERVICE RE:**
**1) Complaint for (1) Quieting Title to Real Properties (2) Fraud and Undue Influence (3) Violations of California Elder Abuse and Dependent Adult Civil Protection Act;**

**2) Adversary Cover Sheet;**

**3) Executed Summons and Notice of Status Conference;**

**4) Order Re: Rule 26(f) Meeting, Initial Disclosure and Rule 16(b) Scheduling Conference**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 22, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 22, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (**indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22 , 2010 | Brenda L. Campos | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVICE LIST

### SECTION I

### Attorney for Plaintiffs
Scott C Clarkson    sclarkson@lawcgm.com

### Office of the US Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### SECTION II

### SERVED VIA US MAIL

### Defendant
John P. Pringle
Chapter 7 Trustee
6055 E. Washington Blvd. Suiite 500
Los Angeles, CA 90040

### Attorney for Chapter 7 Trustee
Helen R. Frazer, Esq.
17871 Park Plaza Dr., Suite 350
Cerritos, CA 90703

### Defendants
Thomas C. Sampson
Inmate No. G07350
c/o Calipatria State Prison Litigation Dept.
7018 Blair Road
Calipatria, CA 92233

Thomas C. Sampson
6201 S. Normandie Ave.
Los Angeles, CA 90044

Donna R. Daniels
3418 W. 80th Street
Inglewood, CA 90305

Paulette J. Bowman
11708 Daleside Ave.
Hawthorne, CA 90250

Idalia G. Ramos
6706 6th Ave.
Los Angeles, CA 90043

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    F 9013-3.1.PROOF.SERVICE

## SECTION II CONTINUED

Daysi Vera
158 w. 81st Street
Los Angeles, CA 90003

Cecilio Rodarte
158 W. 81st. Street
Los Angeles, CA 90003

Data Mortgage, Inc.
Agent for Service of Process Paracorp Inc.
2804 Gateway Oaks Dr., Suite 200
Sacramento, CA 95833

U.S. Bancorp as successor to Downey Savings & Loan
Agent for Service of Process CT Corp. System
818 W. 7th Street
Los Angeles, CA 90017

Wells Fargo Bank, NA as Succcessor to
 World Savings Bank
Agent for Service of Process CSC Lawyers Incorp Serv.
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

Burnett Realty Inc.
Grover Burnett Sr.
3701 Stocker St., Suite 201
Los Angeles, CA 90008

Aurora Loan Services, Inc.
Agent for Service of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

Impac Mortgage Holdings, Inc.
Agent for Service of Process Ronald M. Morrison
19500 Jamboree Rd.
Irvine, CA 92612

Superior Improvement Systems, Inc
Agent for Service of Process Marcus J. Sampson II
5345 E. Olympic Blvd.
Los Angeles, CA 90022

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**

## SECTION II CONTINUED

Southwest Escrow Corp.
Agent for Service of Process Lyn Kerby
c/o Southwest Escrow Corp.
502 S. La Brea
Inglewood, CA 90301

Wells Fargo Bank, NA
Agent for Service of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

CitiMortgage, Inc.
Agent for Service of Process
CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**