JESSE S. HERNANDEZ (Bar No. 92708)
  jsh@amclaw.com
D. DAMON WILLENS (Bar No. 137273)
  ddw@amclaw.com
MARK J. KRONE (Bar No. 219806)
  mjk@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street, Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Marcus J. Sampson II,,<br><br>Debtor. | Case No. 2:08-bk-25932-PC<br><br>Adv No. 2:10-ap-02868-PC<br>Chapter 7 |
| JOHNNY LEE BURNETT and GROVER BURNETT, JR., as Co-Conservators of the Conservatorship of Grover Burnett, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN P. PRINGLE, the Chapter 7 trustee of Marcus J. Sampson II; THOMAS C. SAMPSON, an individual; DONNA R. DANIELS, an individual; P.J. BOWMAN, an individual; IDELIA G. RAMOS, an individual; DA YSI VERA, an individual; CECILIO RODARTE, an individual; DATA MORTGAGE INC.; U.S. BANCORP as successor to DOWNEY SAVINGS & LOAN ASSOCIATION FA; WORLD SAVINGS BANK FSB; BURNETT REALTY INC.; AURORA LOAN SERVICES INC.; HOME LOAN MORTGAGE CORPORATION; SUPERIOR IMPROVEMENT SYSTEMS, INC.; SOUTHWEST ESCROW CORPORATION; WELLS FARGO BANK, N.A.; CITIMORTGAGE INC.,<br><br>Defendants. | **STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS WELLS FARGO BANK, N.A. AND WACHOVIA MORTGAGE TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT**<br><br>[Proposed Order Filed Concurrently Herewith] |

830375.1 5287.099

The parties, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on October 14, 2010, plaintiffs Johnny L Burnett and Grover Burnett Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr., ("Plaintiffs") filed their complaint against defendants WELLS FARGO BANK, N.A., and WORLD SAVINGS BANK FSB, among others, ("Defendants");

WHEREAS, Defendants' responses to Plaintiffs' Adversary Complaint are currently due on or before November 17, 2010;

WHEREAS, Defendants intend to file responses to Plaintiff's Adversary Complaint;

WHEREAS, the parties require additional time to meet and confer concerning Defendants' responses to Plaintiffs' Adversary Complaint and are engaging in settlement negotiations;

WHEREAS, in consideration of the foregoing, the parties have agreed that Defendants will be provided until December 17, 2010 to file and serve the above-referenced responses to Plaintiffs' Adversary Complaint;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

830375.1 5287.099

2

WHEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate that Defendants WELLS FARGO BANK, N.A. and WACHOVIA MORTGAGE, now a division of Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, FSB, which was formerly known as WORLD SAVINGS BANK, FSB may have until December 17, 2010 to file and serve their responses to Plaintiffs' Adversary Complaint.

**IT IS SO STIPULATED.**

DATED: November 9, 2010        CLARKSON. GORE & MARSELLA

By: _____

Scott C. Clarkson
Eve A. Marsella
Christine M. Fitzgerald
Attorneys for Johnny Lee Burnett and Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr.

DATED: November 9, 2010        ANDERSON, McPHARLIN & CONNERS LLP

By: _____

Jesse S. Hernandez
D. Damon Willens
Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: November __, 2010        AFRCT, LLP

By: _____

Christopher A. Carr
Attorneys for Defendant WACHOVIA MORTGAGE, now a division of Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, FSB, which was formerly known as WORLD SAVINGS BANK, FSB

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901
A true and correct copy of the foregoing document described as STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS WELLS FARGO BANK, N.A. AND WACHOVIA MORTGAGE TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 12, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Hon. Peter Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2010 | Jennifer Higa | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

# CATEGORY I

**ATTORNEYS FOR PLAINTIFFS**
Scott C. Clarkson, Esq.
Eve A. Marsella, Esq.
Christine M. Fitzgerald, Esq.
E-Mail sclarkson@lawcgm.com


**Office of the US Trsutee**
United States Trustee (LA)
E-Mail: ustpregion16.la.ecf@usdog.gov

# CATEGORY II - SERVED VIA US MAIL

**Attorney for Debtor Marcus J. Sampson, II**
James A. Dumas, Jr.
3435 Wilshire Boulevard Suite 1045
Los Angeles, CA 90010
E-Mail: jdumas@dumas-law.com

**Attorney for Defendant Jon P. Pringle, Chapter 7 Trustee**
Helen R. Frazer
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Dr Ste 300
Cerritos, CA 90703
E-Mail: hfrazer@aalrr.com


**Defendants**
John P. Pringle, Chapter 7 Trustee
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90049

Thomas C. Sampson Inmate No. 007350
c/o Calipatria State Prison Litigation Dept.
7018 Blair Road
Calipatria, CA 92233

Thomas C. Sampson
6201 S. Normandie Ave.
Los Angeles, CA 90044

Donna R. Daniels
3418 W. 80th Street
Inglewood, CA 90305

Paulette J. Bowman
11708 Daleside Ave.
Hawthorne, CA 90250

Idalia G. Ramos
6706 6th Ave.
Los Angeles, CA 90043

Daysi Vera
158 W. 81st Street
Los Angeles, CA 90003

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

**Defendants Cont'd**
Cecilia Rodarte
158 W. 81st Street
Los Angeles, CA 90003

Data Mortgage, Inc.
Agent for Service of Process Paracorp Inc.
2804 Gateway Oaks Dr., Suite 200
Sacramento, CA 95833

U.S. Bancorp as successor to Downey Savings & Loan
Agent for Service of Process CT Corp. System
818 W. 7th Street
Los Angeles, CA 90017

Burnett Realty Inc.
Grover Burnett SR.
3701 Stocker St., Suite 201
Los Angeles, CA 90008

Aurora Loan Services, Inc.
Agent for Service of Process CSC Lawyers Incorporating
Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

Impac Mortgage Holdings, Inc.
Agent for Service of Process Ronald M. Morrison
19500 Jamboree Rd.
Irvine, CA 92612

Superior Improvement Systems, Inc
Agent for Service of Process Marcus J. Sampson II
5345 E. Olympic Blvd.
Los Angeles, CA 90022

Southwest Escrow Corp.
Agent for Service Lyn Kerby
c/o Southwest Escrow Corp.
502 S. La Brea
Inglewood, CA 90301

Citimortgage, Inc.
Agent for service CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 9013-3.1**