Scott Clarkson, Esq. SBN 143271
CLARKSON GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street #350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for JOHNNY LEE BURNETT
AND GROVER BURNETT, JR.,
as Co-Conservators of the Conservatorship
of Grover Burnett, Sr.,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:08-bk-25932-PC |
| | Chapter 7 |
| MARCUS J. SAMPSON II, | |
| | Adv. Number 2:10-ap-02868-PC |
| Debtor | |
| _____ | |
| JOHNNY LEE BURNETT AND GROVER BURNETT, JR., as Co-Conservators of the Conservatorship of Grover Burnett, Sr., | STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS SOUTHWEST ESCROW AND P.J. BOWMAN TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT |
| Plaintiffs, | |
| vs. | [No Hearing Required] |
| JOHN P. PRINGLE, the chapter 7 Trustee of the Marcus J. Sampson II, THOMAS C. SAMPSON, an individual; et al., | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on October 14, 2010, plaintiff Johnny L. Burnett and Grover Burnett, Jr., as co-Conservators of the Conservatorship of Grover Burnett, Sr.,

-1-

STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS SOUTHWEST

1  (Plaintiffs") filed their complaint against defendants SOUTHWEST ESCROW

2  CORPORTION and P. J. BOWMAN among others, ("Defendants");

3      WHEREAS, Defendants' responses to the Plaintiffs' Adversary Complaint is

4  currently due on or before November 17, 2010;

5      WHEREAS, Defendants intend to file responses to Plaintiffs' Adversary

6  Complaint;

7      Whereas the parties require additional time to meet and confer concerning

8  Defendants' responses to Plaintiffs' Adversary Complaint and intend explore

9  settlement;

10      WHEREAS, in consideration of the foregoing, the parties have agreed that

11  Defendants will be provided until December 17, 2010 to file and serve the above

12  referenced responses to Plaintiffs' Adversary Complaint;

13      WHEREFORE, the parties by and through their undersigned counsel,

14  hereby stipulate that Defendants SOUTHWEST ESCROW CORPORATION and

15  P.J. BOWMAN may have until December 17, 2010 to file and serve their

16  responses to Plaintiffs' Adversary Complaint.

17  IT IS SO STIPULATED.

18  DATED: November 17, 2010        CLARKSON, GORE & MARSELLA

By: /s/ Scott C. Clarkson
Scott C. Clarkson
Attorneys for Johnny Burnett and
Grover Burnett, Jr.

-2-

STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS SOUTHWEST
ESCROW AND P. J. BOWMAN TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: November 17, 2010 | LAW OFFICES OF TRACEY P. HOM |

By: _/s/ Tracey Hom_____
Tracey P. Hom
Attorneys for Southwest Escrow
Corporation and P. J. Bowman

—3—

STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANTS SOUTHWEST ESCROW AND P. J. BOWMAN TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson Street, Suite 350, Torrance, CA  90503**

A true and correct copy of the foregoing document described as ***Stipulation for an Order Allowing an Extension of Time for Defendants Southwest Escrow and P.J. Bowman to Respond to Plaintiffs' Adversary Complaint,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 17, 2010,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 17, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 17, 2010** | **Michelle A. Carpenter** | /s/ Michelle A. Carpenter |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                       F 9013-3.1.PROOF.SERVICE

# Service List

## Section I

### TO BE SERVED BY THE COURT VIA NEF

**Counsel for Plaintiffs**
Scott C Clarkson   sclarkson@lawcgm.com

**Counsel for Wells Fargo Bank, N.A.**
Mark J Krone   mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

**U.S. Trustee**
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

## SECTION II

### SERVED BY U.S. MAIL

**JUDGE**
Honorable Peter Carroll
255 E. Temple Street, Suite 1534
Los Angeles, CA  90012

**Counsel for the Defendants**
Tracey P. Hom Esq.
10850 Wilshire Blvd.
Suite 825
Los Angeles, California 90024

**Defendants**

Southwest Escrow Corp.
Agent for Service Lyn Kerby
c/o Scouthwest Escrow Corp.
502 S. La Brea
Inglewood, CA  90301

Paulette J. Bowman
11708 Daleside Ave.
Hawthorne, CA  90250

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE