1  **MICHAEL G. DAVE (BAR NO.: 035898)**
   **MARCUS, WATANABE & DAVE, LLP**
2  1901 Avenue of the Stars, Suite 300
   Los Angeles, California 90067-6005
3  Telephone: (310) 284-2020
   Facsimile:  (310) 284-2025
4  mdave@mwd-law.com

5  Attorneys for Defendant
   DONNA R. DANIELS
6

7

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                     **CENTRAL DISTRICT OF CALIFORNIA**

11                          **LOS ANGELES DIVISION**

12  In Re                               )    Case No.: 2:08-bk-25932-PC
                                        )
13  MARCUS J. SAMPSON, II,              )    Adv No.: 2:10-ap-02868-PC
                                        )    Chapter 7
14              Debtor,                 )
                                        )
15  JOHNNY LEE BURNETT and              )
    GROVER BURNETT, JR., as Co-         )
16  Conservators of the Conservatorship of )  **STIPULATION FOR AN ORDER**
    Grover Burnett, Sr.,                )  **ALLOWING AN EXTENSION OF TIME**
17                                      )  **FOR DEFENDANT DONNA R. DANIELS**
    v.                                  )  **TO RESPOND TO PLAINTIFFS'**
18                                      )  **ADVERSARY COMPLAINT**
    JOHN P. PRINGLE, the Chapter 7      )
19  trustee of Marcus J. Sampson II;    )  **[Proposed Order Filed Concurrently**
    THOMAS C. SAMPSON, an               )  **Herewith]**
20  individual; DONNA R. DANIELS, an    )
    individual; P.J. BOWMAN, an         )
21  individual; IDELIA G. RAMOS, an     )
    individual; DA YSI VERA, an         )
22  individual; CECILIO RODARTE, an     )
    individual; DATA  MORTGAGE INC.;    )
23  U.S. BANCORP as successor to        )
    DOWNEY SAVINGS & LOAN               )
24  ASSOCIATION FA; WORLD               )
    SAVINGS BANK FSB; BURNETT           )
25  REALTY INC.; AURORA LOAN            )
    SERVICES INC.; HOME LOAN            )
26  MORTGAGE CORPORATION;               )
    SUPERIOR IMPROVEMENT                )
27  SYSTEMS, INC.; SOUTHWEST            )
28

FILED
NOV 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

--- 

1

**STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANT DONNA
R. DANIELS TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT**

MARCUS, WATANABE
& DAVE, LLP

1  ESCROW CORPORATION; WELLS )
   FARGO BANK, N.A.; )
2  CITIMORTGAGE INC., )
   )
3  Defendants. )
   )
4  ————————————————————)

5  The parties, by and through their counsel of record, hereby stipulate as follows:

6
7  WHEREAS, on October 14, 2010, plaintiffs Johnny L Burnett and Grover Burnett

8  Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr., ("Plaintiffs") filed

9  their complaint against various defendants including DONNA R. DANIELS

10 ("Defendant");

11 WHEREAS, Defendant's response to Plaintiffs' Adversary Complaint is currently due on

12 or before November 17, 2010;

13 WHEREAS, Defendant intends to file a response to Plaintiff's Adversary Complaint;

14 WHEREAS, the Defendant and her counsel require additional time to meet and

15 confer concerning Defendant's response to Plaintiffs' Adversary Complaint and intend to

16 engage in settlement negotiations;

17
18 WHEREAS, in consideration of the foregoing, the parties have agreed that Defendant

19 will be provided until December 17, 2010 to file and serve the above-referenced response to

20 Plaintiffs' Adversary Complaint;

21 WHEREFORE, the parties, by and through their undersigned counsel of record,

22 hereby stipulate that Defendant DONNA R. DANIELS may have until December 17,

23 2010 to file and serve her response to Plaintiffs' Adversary Complaint.

24 WHEREFORE, the parties, by and through their undersigned counsel of record,

25 hereby stipulate that Defendant DONNA R. DANIELS may have until December 17,

26 2010 to file and serve her response to Plaintiffs' Adversary Complaint.

27 ///

28

2

MARCUS, WATANABE
& DAVE, LLP

STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANT DONNA
R. DANIELS TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT

**IT IS SO STIPULATED.**

DATED: November __, 2010

CLARKSON. GORE & MARSELLA

*FAXED* SIGNATURE
By: ___ATTACHED_____
        Scott C. Clarkson
        Eve A. Marsella
        Christine M. Fitzgerald
        Attorneys for Johnny Lee Burnett and
        Grover Burnett, Jr., as-Co-Conservators
        of the Conservatorship of Grover
        Burnett, Sr.

DATED: November 1, 2010

MARCUS, WATANABE & DAVE, LLP

By: _____
        Michael G. Dave
        Attorneys for Defendant
        DONNA R. DANIELS

3

**STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANT DONNA
R. DANIELS TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO STIPULATED.**

DATED: November 17, 2010

DATED: November __, 2010

CLARKSON. GORE & MARSELLA

By: _____
Scott C. Clarkson
Eve A. Marsella
Christine M. Fitzgerald
Attorneys for Johnny Lee Burnett and
Grover Burnett, Jr., as-Co-Conservators
of the Conservatorship of Grover
Burnett, Sr.

MARCUS, WATANABE & DAVE, LLP

By: _____
Michael G. Dave
Attorneys for Defendant
DONNA R. DANIELS

MARCUS, WATANABE
& DAVE, LLP

3

**STIPULATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME FOR DEFENDANT DONNA
R. DANIELS TO RESPOND TO PLAINTIFFS' ADVERSARY COMPLAINT**