| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>Eve A. Marsella, Esq. (SBN 165797)<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson St., Suite 350<br>Torrance, CA 90503<br>Telephone: (310) 542-0111<br>Facsimile: (310) 214-7254<br><br>☑ Attorney for Plaintiff(s)<br>☐ Plaintiff(s) appearing without attorney | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - Los Angeles    DIVISION

| In re:<br>Marcus J. Sampson, II<br><br>Debtor(s). | CASE NO.: 2:08-bk-25932-PC<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:10-ap-02868-PC |
|---|---|
| JOHNNY LEE BURNETT and GROVER BURNETT, JR., as Co-Conservators of the Conservatorship of Grover Burnett, Sr.,<br><br>Plaintiff(s),<br>vs.<br>JOHN P. PRINGLE, the Chapter 7 Trustee of the Marcus J. Sampson II, Thomas C. Sampson, an individual; et al.,<br><br>Defendant(s). | **AMENDED**<br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): US Bancorp, as successor to Downey Savings
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): 10/14/10
3. The Summons and Complaint were served on Defendant by    ☐ Personal Service    ☑ Mail Service
   on the following date (*specify date*): 10/22/10
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): 11/20/10
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: 11/23/10                                                    By: _____

                                                                   Type Name: Scott C. Clarkson, Esq.
                                                                   *Plaintiff or Attorney for Plaintiff*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN)143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br><br>(310) 542-0111<br>(310) 214-7254<br><br>*Attorney for Plaintiff* Johnny Lee Burnett & Grover Burnett, Jr.<br><br>**ORIGINAL** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Marcus J. Sampson, II | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:08-bk-25932 |
| Debtor. | ADVERSARY NUMBER 10-2868 PC |
| Johnny Lee Burnett & Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett Sr.<br>vs.<br>Please see attached page for a list of the Defendants<br>Plaintiff(s),<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __11/17/2010__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: __12/21/2010__   Time: __9:30 a.m.__ Courtroom: __1539__   Floor: __15th__

☒ 255 East Temple Street, Los Angeles          ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills      ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __10/18/2010__

KATHLEEN J. CAMPBELL
Clerk of Court
By: __Gabriela Huerta__
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1
F7004I

Case 2:10-ap-02868-P    Doc 2    Filed 10/18/10    Entered    18/10 12:52:03    Desc
Case 2:10-ap-02868-PC    Main Document    Page 2 of 6

In Re: Marcus J. Sampson II
Case No. 2:08-bk-25932-PC

### Attachment to Summons and Notice of Status Conference Hearing

List of Defendants:

JOHN P. PRINGLE, the Chapter 7 Trustee of Marcus J. Samposon II;
THOMAS C. SAMPOSON, an individual;
DONNA R.DANIELS, an individual;
P.J. BROWN, an individual;
IDELIA G. RAMOS, an individual;
DAYSI VERA, an individual;
CECILIO RODARTE, an individual;
DATA MORTGAGE INC; U.S. BANCORPas successor to DOWNEY SAVINGS &
LOAN ASSOCIATION FA;
WORLD SAVINGS BANK FSB;
BURNETT REALTY, INC;
AURORA LOAN SERVICES, INC;
HOME LOAN MORTGAGE CORPORATION;
SUPERIOR IMPROVEMENT SYSTEMS, INC;
SOUTHWEST ESCROW CORPORATION;
WELLS FARGO BANK, N.A.;
CITIMORTGAGE, INC.

Summons and Notice of Status Conference - *Page 2*       F 7004-1

| In re                                    (SHORT TITLE) | CASE NO.: 2:08-25932 PC |
|---|---|
| Marcus J Sampson and Grover Burnette, Jr.             Debtor(s). | 2: 10-02868 PC |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:


I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:




☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.




☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.




☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date                        Type Name                        Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                    F 7004-1



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

JON D. CERETTO
Executive Officer
Clerk of Court

# PUBLIC NOTICE

## RE: REVISED INFORMATION REGARDING THE LOS ANGELES COUNTY BAR ASSOCIATION/PUBLIC COUNSEL BANKRUPTCY PRO BONO PROGRAM

The Los Angeles County Bar Association, in conjunction with Public Counsel, has implemented a Bankruptcy Pro Bono Program in the Los Angeles and San Fernando Valley divisions. Currently, this program is available only for defendants in § 523 non-dischargeability adversary proceedings who cannot afford an attorney. If the defendant cannot afford an attorney, he or she may apply for free legal representation with Public Counsel. All applicants will first be screened for eligibility. If found eligible, an attorney may be found who will represent the applicant in the § 523 non-dischargeability adversary proceeding free of charge.

To apply for legal representation under this program or for additional information, please contact Public Counsel. For contact information, please see the "Notice to Defendants of Availability of Los Angeles County Bar Association/Public Council Bankruptcy Pro Bono Program." The most current version of this notice can be obtained from our web site at www.cacb.uscourts.gov. To access the notice, double click on the "Pro Bono Program" button on the left-hand side of our web site. Then select the file named DAP.PDF. Do not contact the Clerk's Office for information regarding your eligibility for this program.

Plaintiffs in § 523 non-dischargeability adversary proceedings filed in the Los Angeles and San Fernando Valley divisions will be required to serve a notice of the availability of the above program on the defendants along with the Summons and Notice of Status Conference and to provide proof of such service with the Court. A sample of the notice of the availability of the program is attached to this Public Notice.

JON D. CERETTO
CLERK OF COURT

99-015

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as AMENDED REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **November 24, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24 , 2010 | Carla Benson | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                  F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### SECTION I

**Attorney for Plaintiffs**
Scott C Clarkson    sclarkson@lawcgm.com

**Office of the US Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Other Interested Party**

Mark J Krone    mk@amclaw.com, crs@amclaw.com; amc@amclaw.com


### SECTION II

### SERVED VIA US MAIL

**Defendant**
US Bancorp as successor to Downey Saving & Loan Assoc. FA
Agent for service CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

**Judge**
Honorable Peter Carroll
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE