DANA J. DUNWOODY, Cal. Bar No. 119696
J. BARRETT MARUM, Cal. Bar No. 228628
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815
Email: ddunwoody@sheppardmullin.com
Email: bmarum@sheppardmullin.com

Attorneys for Defendant U.S. Bank National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association, F.A., erroneously named as U.S. BANCORP as successor to DOWNEY SAVINGS & LOAN ASSOCIATION, F.A.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Marcus J. Sampson II,<br><br>    Debtor. | Case No. 2:08-bk-25932-PC<br><br>Chapter 7<br><br>Adv. No. 2: 10-ap-02868 PC |
| JOHNNY LEE BURNETT and GROVER BURNETT, JR., as Co-Conservators of the Conservatorship of Grover Burnett, Sr.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN P. PRINGLE, the Chapter 7 trustee of Marcus J. Sampson II; THOMAS C. SAMPSON, an individual; DONNA R. DANIELS, an individual; P.J. BOWMAN, an individual; IDELIA G. RAMOS, an individual; DAYSI VERA, an individual; CECILIO RODARTE, an individual; DATA MORTGAGE INC; U.S. BANCORP as successor to DOWNEY SAVINGS & LOAN ASSOCIATION FA; WORLD SAVINGS BANK FSB; BURNETT REALTY INC.; AURORA LOAN SERVICES INC; HOME LOAN MORTGAGE CORPORATION; SUPERIOR IMPROVEMENT SYSTEMS INC.; SOUTHWEST ESCROW | **DEFENDANT U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. 'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Date:<br>Time:<br>Dept;<br>Judge:<br><br>[Complaint Filed: October 14, 2010] |

-1-

CORPORATION; WELLS FARGO BANK, N.A.; CITIMORTGAGE INC.,

Defendants.

Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("Defendant"), erroneously named as U.S. Bancorp as successor to Downey Savings & Loan Association F.A. hereby answers Plaintiffs' Complaint for Damages and Declaratory Relief: 1) Quieting Title to Real Properties; 2) Fraud and Undue Influence; 3) Violation of California Elder Abuse and Dependent Adult Civil Protection Act as follows:

**JURISDICTION, VENUE AND PARTIES**

1. Defendant denies the allegation in Paragraph 1 of the Complaint that this adversary proceeding is a core matter. Defendant admits the allegation in Paragraph 1 of the Complaint that this adversary proceeding is a proceeding related to a case under title 11. Pursuant to Bankruptcy Rule 7012(b), Defendant does not consent to entry of final orders or judgment by the bankruptcy judge.

2. Admit.

3. Admit.

4. Admit.

5. Defendant denies the allegation in Paragraph 5 of the Complaint that this adversary proceeding is a core matter. Otherwise, Defendant admits the allegations in Paragraph 5 of the Complaint.

1  6.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint, and on that basis denies the allegations contained therein.

7.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint, and on that basis denies the allegations contained therein.

8.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint, and on that basis denies the allegations contained therein.

9.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint, and on that basis denies the allegations contained therein.

10.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint, and on that basis denies the allegations contained therein.

11.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, and on that basis denies the allegations contained therein.

12.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint, and on that basis denies the allegations contained therein.

13.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint, and on that basis denies the allegations contained therein.

14.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint, and on that basis denies the allegations contained therein.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint, and on that basis denies the allegations contained therein.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint, and on that basis denies the allegations contained therein.

17. Denied. Defendant acquired certain assets of the former Downey Savings and Loan Association, F.A. from the Federal Deposit Insurance Corporation. Defendant's principal place of business is Minneapolis, Minnesota.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint, and on that basis denies the allegations contained therein.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint, and on that basis denies the allegations contained therein.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint, and on that basis denies the allegations contained therein.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint, and on that basis denies the allegations contained therein.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint, and on that basis denies the allegations contained therein.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint, and on that basis denies the allegations contained therein.

24.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint, and on that basis denies the allegations contained therein.

25.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint, and on that basis denies the allegations contained therein.

## GENERAL ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

26.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint, and on that basis denies the allegations contained therein.

27.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint, and on that basis denies the allegations contained therein.

28.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and on that basis denies the allegations contained therein.

29.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, and on that basis denies the allegations contained therein.

30.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint, and on that basis denies the allegations contained therein.

31.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint, and on that basis denies the allegations contained therein.

32.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint, and on that basis denies the allegations contained therein.

1    33.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint, and on that basis denies the allegations contained therein.

2    34.    Defendant admits that the real properties listed in Paragraph 34 of the Complaint are the real properties at issue in this adversary proceeding.  Except as expressly admitted in this paragraph, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint, and on that basis denies the allegations contained therein.

3    35.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint, and on that basis denies the allegations contained therein.

4    36.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint, and on that basis denies the allegations contained therein.

5    37.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint, and on that basis denies the allegations contained therein.

6    38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint, and on that basis denies the allegations contained therein.

7    39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint, and on that basis denies the allegations contained therein.

8    40.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint, and on that basis denies the allegations contained therein.

1  41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint, and on that basis denies the allegations contained therein.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint, and on that basis denies the allegations contained therein.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint, and on that basis denies the allegations contained therein.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint, and on that basis denies the allegations contained therein.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint, and on that basis denies the allegations contained therein.

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint, and on that basis denies the allegations contained therein.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint, and on that basis denies the allegations contained therein.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint, and on that basis denies the allegations contained therein.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint, and on that basis denies the allegations contained therein.

1      50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint, and on that basis denies the allegations contained therein.

    51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint, and on that basis denies the allegations contained therein.

    52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and on that basis denies the allegations contained therein.

    53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint, and on that basis denies the allegations contained therein.

    54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint, and on that basis denies the allegations contained therein.

    55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint, and on that basis denies the allegations contained therein.

    56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint, and on that basis denies the allegations contained therein.

    57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint, and on that basis denies the allegations contained therein.

    58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint, and on that basis denies the allegations contained therein.

1  59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint, and on that basis denies the allegations contained therein.

4  60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint, and on that basis denies the allegations contained therein.

### FIRST CLAIM FOR RELIEF

8  61. Defendant refers to and incorporates herein by reference all responses contained in Paragraphs 1 through 60, inclusive, as though set forth fully herein.

10 62. Denied.

11 63. Denied.

12 64. Denied.

13 65. Denied.

14 66. Denied.

15 67. Denied.

### SECOND CLAIM FOR RELIEF

17 68. Defendant refers to and incorporates herein by reference all responses contained in Paragraphs 1 through 67, inclusive, as though set forth fully herein.

19 69. Paragraph 69 of the Complaint is not asserted against Defendant.

20 70. Paragraph 70 of the Complaint is not asserted against Defendant.

21 71. Paragraph 71 of the Complaint is not asserted against Defendant.

22 72. Paragraph 72 of the Complaint is not asserted against Defendant.

23 73. Paragraph 73 of the Complaint is not asserted against Defendant.

24 74. Paragraph 74 of the Complaint is not asserted against Defendant.

25 75. Paragraph 75 of the Complaint is not asserted against Defendant.

26 76. Paragraph 76 of the Complaint is not asserted against Defendant.

27 77. Paragraph 77 of the Complaint is not asserted against Defendant.

28 78. Paragraph 78 of the Complaint is not asserted against Defendant.

### THIRD CLAIM FOR RELIEF

79. Defendant refers to and incorporates herein by reference all responses contained in Paragraphs 1 through 78, inclusive, as though set forth fully herein.

80. Paragraph 80 of the Complaint is not asserted against Defendant.

81. Paragraph 81 of the Complaint is not asserted against Defendant.

82. Paragraph 82 of the Complaint is not asserted against Defendant.

83. Paragraph 83 of the Complaint is not asserted against Defendant.

84. Paragraph 84 of the Complaint is not asserted against Defendant.

85. Paragraph 85 of the Complaint is not asserted against Defendant.

86. Paragraph 86 of the Complaint is not asserted against Defendant.

87. Paragraph 87 of the Complaint is not asserted against Defendant.

88. Paragraph 88 of the Complaint is not asserted against Defendant.

89. Paragraph 89 of the Complaint is not asserted against Defendant.

90. Paragraph 90 of the Complaint is not asserted against Defendant.

91. Paragraph 91 of the Complaint is not asserted against Defendant.

92. Paragraph 92 of the Complaint is not asserted against Defendant.

### AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses.

### FIRST AFFIRMATIVE DEFENSE

The Complaint is barred by the Doctrine of Estoppel.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred by the Doctrine of Waiver.

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred by the Doctrine of Laches.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint is barred by the Doctrine of Unclean Hands.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SEVENTH AFFIRMATIVE DEFENSE

The Complaint is barred because Defendant is a bona fide encumbrancer for value.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend this Answer by way of adding affirmative defenses, counterclaims, cross-claims, and/or third party claims based on additional facts obtained.

**WHEREFORE**, Defendant respectfully requests

1. That Plaintiffs take nothing by reason of their Complaint, and that judgment be rendered in favor of Defendant;

2. For costs incurred in connection with this action;

3. For all such other and further relief as this Court deems just and proper.

Dated: December 1, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    s/ _____
J. BARRETT MARUM

Attorneys for Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., erroneously named as U.S. Bancorp as successor to Downey Savings & Loan Association F.A.