| | |
|---|---|
| 1 | **AKERMAN SENTERFITT LLP**<br>JUSTIN D. BALSER (CA SBN 213478) |
| 2 | Email: justin.balser@akerman.com<br>VICTORIA E. EDWARDS (CA SBN 269305) |
| 3 | Email: victoria.edwards@akerman.com<br>511 Sixteenth Street, Suite 420 |
| 4 | Denver, Colorado 80202<br>Telephone: (303) 260-7712 |
| 5 | Facsimile: (303) 260-7714 |
| 6 | Attorneys for Plaintiff |
| 7 | AURORA LOAN SERVICES LLC, formerly known as<br>Aurora Loan Services, Inc. |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | In re | Case No.: 2:08-bk-25932-PC<br>Adv. 2:10-ap-02868-PC |
| 11 | Marcus J. Sampson, II | The Honorable Peter Carroll |
| 12 | Debtor | Chapter 7 |
| 13 | | |
| 14 | | **STIPULATION TO DISMISS AURORA LOAN SERVICES LLC FROM ADVERSARY PROCEEDING** |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | JOHNNY LEE BURNETT and<br>GROVER BURNETT, JR,, as Co- | No Hearing Required |
| 19 | Conservators of the Conservatorship of<br>Grover Burnett, Sr., | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | JOHN P. PRINGLE, the Chapter 7<br>Trustee of Marcus J. Sampson II; | |
| 23 | THOMAS C. SAMPSON, an<br>individual; DONNA R. DANIELS, an | |
| 24 | individual; P.J. BOWMAN, an<br>individual; IDELIA G. RAMOS, an | |
| 25 | individual; DAYSI VERA, an<br>individual; CECILIO RODARTE, an | |
| 26 | individual; DATA MORTGAGE INC;<br>U.S. BANCORP as successor to | |
| 27 | DOWNEY SAVINGS & LOAN<br>ASSOCIATION FA, WORLD | |
| 28 | SAVINGS BANK FSB; BURNETT | |

BOA00869

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 688-9500 – FAX: (213) 627-6342

REALTY INC.; AURORA LOAN SERVICES INC.; HOME LOAN MORTGAGE CORPORATION; SUPERIOR IMPROVEMENT SYSTEMS, INC.; SOUTHWEST ESCROW CORPORATION; WELLS FARGO BANK, N.A.; CITIMORTGAGE INC.,

Defendants

TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTER PARTIES:

Plaintiffs Johnny Lee Burnett And Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr. (**plaintiffs**) and Aurora Loan Services LLC (**Aurora**) (collectively, the **Parties**) enter into this Stipulation To Dismiss Without Prejudice Aurora from the Adversary Complaint For: (1) Quieting Title To Real Properties; (2) Fraud And Undue Influence; (3) Violations Of California Elder Abuse And Dependent Adult Civil Protection Act (**Stipulation**), in accordance with the terms and subject to the conditions set forth herein.

## Recitals

1. On September 26, 2008, Marcus J. Sampson II, who is the debtor in the above-referenced bankruptcy case (**Debtor**) filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (**Bankruptcy Code**) in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (**Court**), styled In re Marcus J. Sampson II, Bankruptcy Case No. 2:08-bk-25932-PC (**Case**).

2. A petition to establish ownership of some of certain real properties in Grover Burnett, Sr., who is the conservatee of the Conservatorship, was previously filed pursuant to California *Probate Code* § 850 in Los Angeles Superior Court, Case No. BP096574 (**Non-Bankruptcy Action**) against the Debtor and certain other defendants. The Non-Bankruptcy Action against the Debtor was stayed by the filing of the Case.

3. Plaintiffs, on behalf of the Conservatorship, filed the Motion for Relief from Automatic Stay (**MRAS**) in the Case [Docket No. 64], seeking relief from the automatic stay with respect to certain real properties to allow the Non-Bankruptcy Action to proceed. The Chapter 7 trustee, who is a defendant in this proceeding (**Chapter 7 Trustee**) did not file any response to the **MRAS.**

4. The Court entered the Order Granting in Part and Denying in Part the Motion for Relief from Automatic Stay by Johnny Lee Burnett and Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr. [Case No. 2:08-bk-25932-PC, Docket No. 72].

5. On October 14, 2010, Plaintiffs filed the Complaint For: (1) Quieting Title To Real Properties; (2) Fraud And Undue Influence; (3) Violations Of California Elder Abuse And Dependent Adult Civil Protection Act [Case 2:10-ap-02868-PC, Docket No. 1] (**Complaint**) against the defendants identified in the caption above (collectively, **Defendants**) seeking relief related to the following real properties:

i. Real property located at 1408 West 62nd Street, Los Angeles, CA 90003, more particularly described as follows: TRACT # 5687 Lots 117 in the office of the County Recorder of said County. Assessor's Parcel Number 6002-026-025 (1408 West 62nd Street property);

ii. Real property located at 9051 (aka 9049) South Normandie, Los Angeles, CA 90044, more particularly described as follows: TRACT NO 6440 EX OF STS LOT 181 in the office of the County Recorder of said County. Assessor's Parcel Number 6037- 021-013 (9051 South Normandie property);

iii. Real property located at 3910 Walton Ave, Los Angeles, CA 90037, more particularly described as follows: REMICK PLACE LOT 3 in the office of the County Recorder of said County. Assessor's Parcel Number 5037-020-021 (3910 Walton Ave. property);

iv. Real property located at 426 East 84th Place, Los Angeles, CA 90003, more particularly described as follows: Tract No 26, Lot 41, Block 10 in

the office of the County Recorder of said County. Assessor's Parcel Number 6030-027-023 (426 East 84th Place property);

    v.    Real property located at 1214 East 99th Street. Los Angeles, CA 90002, more particularly described as follows: Lot 173 and 174 of York Tract, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 8, Page(s) 75 of Maps, in the office of the County Recorder of said County. Assessor's Parcel Number 6049-021-014 (1214 East 99th Street property);

    vi.    Real property located at 9330 Parmelee Avenue, Los Angeles, CA 90002, more particularly described as follows: Lot 18 of Block "C", Tract 5671, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 66 Page (s) 84 and 85 of maps, in the office of the County Recorder of said County. Assessor's Parcel Number 6049-008-026 (9330 Parmelee Ave. property);

    vii.    Real property located at 1414 West 54h Street, Los Angeles, CA 90062, more particularly described as follows: The East 32 Feet of Lot 4 in Block "E" of Western Avenue Park Tract, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 11, Page 72 of Maps, in the office of the County Recorder of said County. Assessor's Parcel Number 5003-0 17-003 (1414 West 54th Street property);

    viii.    158 W. 81st St. Los Angeles, CA, more particularly described as follows: Ingham's Main St And Moneta Ave Tract W 50 Ft of N 133.33 Ft of Lot Blk 2. Assessor's Parcel Number 6031-030-023 (158 W. 81st St. property); and

    ix.    Real property located at 6706 6th Avenue, Los Angeles, California 90043, more particularly described as follows: Lot 2 in Block 3 of Tract No. 5452 in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 60 Page(s) 74 of Maps filed in the Office of the County Recorder of Los Angeles County. Assessor's Parcel Number 4008-013-002 (6706

6th Ave. property) (**collectively, Properties**).

6. The original deadline to timely file a response to the Complaint for all Defendants was November 20, 2010.

7. Some Defendants failed to file a response by November 20, 2010, and the Conversatorship filed Requests for Entry of Default Under Local Bankruptcy Rule 7055-1 against the defaulting Defendants (**Defaulting Defendant/s**) [Case 2:10-ap-02868-PC, Docket Nos. 27-31, 33, 34, 36-38]. In particular, the Chapter 7 Trustee (which is a Defaulting Defendant) did not file any response to the Complaint.

8. Defendants contacted Plaintiffs' counsel and sought an extension to answer the Complaint and/or timely filed a response to the Complaint.

9. The Chapter 7 Trustee has abandoned the Properties from the Debtor's estate.

10. The Parties acknowledge and agree that the Properties are not property of the Debtor's estate.

11. Based on the foregoing, the Parties believe that it is in their best interests and in the best interests of the Debtor's other creditors to dismiss Aurora from this action and enter into this Stipulation on the terms and conditions set forth herein.

WHEREFORE, based upon the foregoing Recitals, and for good and sufficient cause and consideration, the Parties, by and through their respective counsel, agree and stipulate as follows:

A. The Parties agree that the facts set forth above in the Recitals are incorporated by this reference and are true and correct to the best of their knowledge, information and belief.

B. The Parties agree that the Properties are not "property" of the Debtor's estate to the best of their knowledge, information and belief.

C. The Parties agree that Aurora should be dismissed from this action, and that dismissal will not impede plaintiffs' right to proceed with the Non-bankruptcy Action in state court with respect to the Properties; provided, however, that nothing in

this Stipulation shall be deemed to constitute (1) consent of Aurora to remain or be added as an additional defendant in the Non-bankruptcy Action or (2) waiver by the Plaintiffs of their right to seek to add any person or entity as a defendant in the Non-bankruptcy Action.

   D.   Upon entry of an order approving this Stipulation by the Court, the Complaint will be dismissed without prejudice pursuant to such order.

   E.   Upon entry by the Court of an order approving this Stipulation, the status conference and any other dates that have been calendared in this proceeding will be taken off the Court's calendar.

   F.   The Parties shall bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 16, 2010                 Respectfully submitted,

                                         **AKERMAN SENTERFITT LLP**

                                         By: /s/ Victoria E. Edwards
                                               Victoria E. Edwards
                                         Attorney for Defendant
                                         AURORA LOAN SERVICES LLC


                                         **CLARKSON, GORE & MARSELLA**
                                         A Professional Law Corporation

                                         By: /s/ Scott C. Clarkson
                                               Scott C. Clarkson
                                         Attorneys for Plaintiffs
                                         JOHNNY LEE BURNETT and GROVER BURNETT, JR,, as Co-Conservators of the Conservatorship of Grover Burnett, Sr.

# PROOF OF SERVICE

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 511 16th Street, Suite 420, Denver, Colorado 80202.

On **December 16, 2010**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**STIPULATION TO DISMISS AURORA LOAN SERVICES LLC FROM ADVERSARY PROCEEDING**

*\*\* See attached service list\*\**

☒ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Denver, Colorado.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

{DN046804;1}   1   ADVERSARY CASE NO. 2:10-AP-02868-PC

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 16, 2010**, at Denver, Colorado.

_____Kristine Elliott_____       _____(Signature)_____
(Type or print name)

# SERVICE LIST

*Burnett vs. John Pringle, et al.*

*Adversary* Case No. 2:10-ap-02868-PC

---

**Scott C. Clarkson**
3424 Carson Street, Suite 350
Torrance, CA 90503
*Counsel for Plaintiffs Johnny L. Burnett and Grover Burnett, Jr.*

**John P. Pringle**
6055 E. Washington Blvd.
Los Angeles, CA 90040-2418
*Pro se Defendant*

**Thomas C. Sampson**
6201 S. Normandie Avenue
Los Angeles, CA 90044
*Pro se Defendant*

**Donna R. Daniels**
3418 W. 80th Street
Inglewood, CA 90305
*Pro se Defendant*

**Paulette J. Bowman**
11708 Daleside Avenue
Hawthorne, CA 90250
*Pro se Defendant*

**Idalia G. Ramos**
6706 6th Avenue
Los Angeles, CA 90043
*Pro se Defendant*

**Cecilio Rodarte**
158 W. 81st Street
Los Angeles, CA 90003
*Pro se Defendant*

**Data Mortgage, Inc.**
Agent for Service
ParaCorp Inc.
2804 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833
*Pro se Defendant*

**J. Barrett Marum**
Sheppard Mullin Richter & Hampton
501 W. Broadway, 19th Floor
San Diego, CA 92101-3598
*Counsel for Defendant US Bancorp as successor to Downey Saving & Loan Association, FA*

**Wells Fargo Bank, NA as Successor to World Savings Bank FSB**
Agent for service CSC Lawyers Inc. Serv
2730 Gateway Oaks, Suite 100
Sacramento, CA 95833
*Pro se Defendant*

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{DN046804;1}    3    ADVERSARY CASE NO. 2:10-AP-02868-PC

**PROOF OF SERVICE**

BOA00877

| | |
|---|---|
| **Burnett Realty Inc**<br>Grover Burnett Sr.<br>3701 Stocker Street Suite 201<br>Los Angeles, CA 90008<br>*Pro se Defendant* | **Impac Mortgage Holdings, Inc as successor to Home Loan Mortgage Corp.**<br>Agent for Service Ronald M. Morrison<br>19500 Jamboree Road<br>Irvine, CA 92612<br>*Pro se Defendant* |
| **Superior Improvement Systems, Inc**<br>Agent for Service Marcus J. Sampson II<br>5345 E. Olympic Blvd.<br>Los Angeles, CA 90022<br>*Pro se Defendant* | **Southwest Escrow Corp.**<br>Agent for Service Lyn Kerby<br>c/o Southwest Escrow Corp.<br>502 S. La Brea<br>Inglewood, CA 90301<br>*Pro se Defendant* |
| **Mark J Krone**<br>444 S Flower St 31st Fl<br>Los Angeles, CA 90071<br>*Counsel for Defendant Wells Fargo Bank, NA* | **Citimortgage, Inc**<br>Agent for service CT Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017<br>*Pro se Defendant* |
| **United States Trustee (LA)**<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | **The Honorable Peter Carroll**<br>U.S. Bankruptcy Court<br>Central District Of California<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367<br>*Presiding Judge*<br>*Served via L.O.U. Court Filing System* |

{DN046804;1}                                    4                           ADVERSARY CASE NO. 2:10-AP-02868-PC

**PROOF OF SERVICE**

BOA00878